[Civ. No. 2696. First Appellate District, Division Two.—February 8, 1919.]

ROBERT H. SMITH, Respondent, v. HENRY A. LEHFELDT, Defendant; V. TREMAIN, Appellant.

[1] APPEAL—BILL OF EXCEPTIONS—PRESUMPTION.—Order reversed on the authority of *Bonner* v. *Lehfeldt, ante,* p. 649.

APPEAL from an order of the Superior Court of the City and County of San Francisco refusing to change place of trial. John J. Van Nostrand, Judge. Reversed.

The facts are in all substantial respects the same as in *Bonner* v. *Lehfeldt, ante,* p. 649, [722 Pac. 179].

Samuel R. Davis and W. H. Morrissey for Appellant.

Samuel J. Jones for Respondent.

THE COURT.—It is stipulated that in all substantial respects the record is the same in this case as in the case of *Bonner* v. *Lehfeldt, ante,* p. 649, [179 Pac. 722].

It is further stipulated that "the appeal in this case be heard upon the papers set out in this stipulation and the record contained in the transcript on appeal in the case of *Bonner* v. *Lehfeldt.*" [1] On the authority of that case, the order appealed from must be reversed.

The order is reversed.